UNITED STATES DISTRICT COURT
For the Northern District of California

1

2

3

4

5

6

7

8             UNITED STATES  DISTRICT COURT

9              Northern District of California

10                 Oakland Division

11   WHERCO, INC,                              No. C 12-00699 LB

12             Plaintiff,

13        v.                              **ORDER (1) DENYING WITHOUT
                                          PREJUDICE PLAINTIFF'S PETITION
                                          AND (2) RE: DISCOVERY
14   CITIBANK N.A.,                        PROCEDURES**

15             Defendant.                  [Re: ECF No. 1]
     _____/

16

17      On February 13, 2012, Plaintiff Wherco, Inc. filed a petition to compel Defendant Citibank, N.A.

18   to comply with a subpoena *duces tecum* pursuant to 9 U.S.C. § 7.  Petition, ECF No. 1.  The petition

19   was noticed for hearing on April 5, 2012.  Notice, ECF No. 4.

20      Because Plaintiff's petition involves a discovery dispute, the Court **VACATES** the current April

21   5, 2012 hearing date and **DENIES** the pending petition without prejudice and directs the parties to

22   comply with the procedures for addressing discovery disputes set forth in the undersigned's standing

23   order (attached).  Those procedures require, among other things, that if a meet-and-confer by other

24   means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in

25   person**.  If that procedure does not resolve the disagreement, the parties must file a joint letter brief

26   instead of a formal motion.  The letter brief must be filed under the Civil Events category of

27   "Motions and Related Filings > Motions – General > Discovery Letter Brief."  After reviewing the

28   joint letter, the Court will evaluate whether further proceedings are necessary, including any further

     briefing or argument.

     C 12-00699 LB
     ORDER



1    **IT IS SO ORDERED.**

2    Dated: March 8, 2012

3    LAUREL BEELER
     United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California

C 12-00699 LB
ORDER