UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| WHERCO INC, | No. C 12-00699 LB |
| Petitioner, | **ORDER REGARDING STATUS OF ACTION** |
| v. | |
| CITIBANK NA, | |
| Respondent. | |

On March 30, 2012, the court approved and entered the parties' stipulation regarding the production of documents in response to Petitioner's subpoena *duces tecum*. Stipulation and Order, ECF No. 16. According to the stipulation, Respondent was to produce the requested documents to Petitioner within 20 days of being served with the subpoena. *Id*. Production of these documents would appear to resolve this matter. Accordingly, the court **ORDERS** the parties to do one of two things: (1) If this matter has been resolved, the parties are directed to file a stipulation of dismissal by July 13, 2012. (2) If this matter has not been resolved, the parties are directed to file, no later than July 13, 2012, a joint letter brief not exceeding five pages, informing the court what dispute(s) remain.

In light of these circumstances and this order, the July 5, 2012 case management conference is VACATED.

///

///

C 12-00699 LB
ORDER

**IT IS SO ORDERED.**

Dated: July 3, 2012

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

C 12-00699 LB
ORDER